UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SANDERS,<br><br>      Plaintiff,<br><br>-against-<br><br>MOMO ORCHARD HOLDINGS,<br><br>      Defendant(s). | 24-CV-5619 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's **July 29, 2024** Order, ECF No. **5**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **October 23, 2024**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 29, 2024**.

  SO ORDERED.

Dated: October 25, 2024
    New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge